**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VALERIYA GEORGIEVA NEDEVA-ALANIZ,<br><br>              Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>              Respondent. | No. 09-73223<br><br>Agency No. A089-347-529<br><br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Valeriya Georgieva Nedeva-Alaniz, a native and citizen of Bulgaria,

petitions for review of the Board of Immigration Appeals' order dismissing her

appeal from an immigration judge's decision denying her motion to reopen

proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We review for abuse of discretion the denial of a motion to reopen, *Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir. 2002), and we deny the petition for review.

The agency did not abuse its discretion in denying Nedeva-Alaniz's motion to reopen on grounds that she failed to establish exceptional circumstances within the meaning of 8 U.S.C. § 1229a(e)(1). *See* 8 U.S.C. §§ 1229(a)(1)(F), 1229a(b)(5)(B); *Valencia-Fragoso v. INS*, 321 F.3d 1204, 1205-06 (9th Cir. 2003) (per curiam).

**PETITION FOR REVIEW DENIED.**